IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DIXON, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 19-0089-JB-MU |
| C. JAMES BEAIRD, *et al.*, | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims asserted by Plaintiff against Defendant Legal Services be and are hereby **DISMISSED** without prejudice prior to service of process.

DONE this 26th day of September, 2019.

                                    /s/ JEFFREY U. BEAVERSTOCK
                                    UNITED STATES DISTRICT JUDGE